846 A.2d 595

IN THE MATTER OF WILLIAM J. KOHLHEPP, A/K/A WILLIAM
J. KOHLHEPP, JR., FORMER JUDGE OF THE
HILLSBOROUGH MUNICIPAL COURT.

April 27, 2004.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court a presentment recommending that **WILLIAM J. KOHLHEPP, a/k/a WILLIAM J. KOHLHEPP, JR.**, a former Judge of the Hillsborough Municipal Court, be censured for violating Canons 1 (*A Judge Should Uphold the Integrity and Independence of the Judiciary*), 2A and 2B (*A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities* ) of the *Code of Judicial Conduct,* and *Rule* 2:15–8(a)(6) (engaging in conduct prejudicial to the administration of justice that brings the judicial office into disrepute);

And respondent having waived his right to a hearing before the Supreme Court and having consented to the imposition of the sanction recommended by the Advisory Committee on Judicial Conduct;

And good cause appearing;

It is ORDERED that the presentment of the Advisory Committee on Judicial Conduct is adopted and **WILLIAM J. KOHLHEPP, a/k/a WILLIAM J. KOHLHEPP, JR.**, is hereby censured.